Form 201

# UNITED STATES BANKRUPTCY COURT
Middle District of North Carolina
101 S. Edgeworth Street
Greensboro, NC 27401

Bankruptcy Case No.: 15−80216

IN THE MATTER OF:
Alexis Rochelle Fligor    xxx−xx−2370
fka Alexis Rochelle Vigh
8113 Owenston Court
Raleigh, NC 27612

Debtor(s)

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED THAT:**

Sara A. Conti is discharged as trustee of the estate of the above named debtor.

The Chapter 7 case of the above named debtor is closed.

Dated: 8/20/15

LENA MANSORI JAMES
United States Bankruptcy Judge